# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE G. WALL, an individual, | Case No.: 5:15-cv-01484-JAK(SPx) |
| Plaintiff, | *[Assigned to the Hon. John A. Kronstadt]* |
| vs. | **JUDGMENT OF DISMISSAL OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100, Inclusive, | **JS-6** |
| Defendants. | Complaint Filed: June 15, 2015 |

The Motion to Dismiss brought by Defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") having been granted with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall take nothing by the Complaint; and
2. Judgment on Plaintiff's Complaint shall be entered in favor of Defendant MERS and against Plaintiff.

**IT IS SO ORDERED.**

DATED: December 2, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE